# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00080-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     KORIAN KENNY BASCOMBE,
    a/k/a "K-Mac",
2.     ROBERT BELLENDER,
    a/k/a "Ghost,"
3.     VICTOR RIVAS-PINZON,
4.     ANDREW T. SORENSEN, and
5.     BRUCE THOMAS,

    Defendants.

---

## ORDER GRANTING GOVERNMENT'S MOTION FOR
## ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS

---

    This matter is before the Court on the Government's Motion for an Order Permitting Disclosure of Grand Jury Materials (Doc. # 96).  Upon review and being advised in the premises, the Court ORDERS as follows:

    The United States Attorney's Office may disclose to defense counsel pertinent portions of the transcript of its witness' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that such witness will be called to testify at trial in the Government's case-in-chief.  The defense attorneys are to maintain control over the materials, keeping these in his or her confidential files and under the control of his or her confidential employees.  The Court's Order here today

permits pretrial disclosure of pertinent portions of the Grand Jury transcript pursuant to 18 U.S.C. §3500 and Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury materials so disclosed are to be used for the purposes of the above-captioned case, to include any appeals taken therefrom, and for no other purpose until further order of this Court. The United States Attorney's Office shall enclose a copy of this Order with any Grand Jury materials disclosed pursuant to this Order.

DATED this __7th__ day of August, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2