**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00080-CMA-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.    BRUCE THOMAS,**

    Defendant.

---

**ORDER TO REMOVE ATTORNEY FROM REPRESENTATION
AND FROM ECF NOTIFICATIONS**

---

This matter is before the Court *sua sponte*. On July 8, 2013, Attorney Douglas L. Romero entered his appearance on behalf of Defendant Thomas (Doc. # 76). On August 14, 2013, Attorney Brian J. Rossiter, of the Romero Law Office, entered his appearance on behalf of Defendant Thomas (Doc. # 105). Both Mr. Romero and Mr. Rossiter have been retained by this Defendant. Therefore, it is

ORDERED that Leslee Anne Barnicle is hereby WITHDRAWN as CJA counsel for Defendant Thomas.

IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete the name Leslee Anne Barnicle from future ECF filings and electronic notifications in this case.

DATED: August __15__, 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge